Victoria L. Hightower, Esq.
Nevada State Bar No. 10897
THE COOPER CASTLE LAW FIRM, LLP
5275 South Durango Drive
Las Vegas, Nevada 89113
Telephone: (702) 435-4175
Facsimile: (702) 877-7424
E-Mail: vhightower@ccfirm.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR IRWIN UNION BANK & TRUST COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RED HOT CORNER, LLC, a Nevada limited liability company; RICHARD M. TAVANO, and individual; JOSEPH A. KENNEDY, an individual; ELLEN M. WOODRUM, an individual; JOHN G. WOODRUM, and individual; JOSEPH A. KENNEDY, TRUSTEE OF THE KENNEDY FAMILY TRUST, a Nevada trust; and JOHN G. WOODRUM and ELLEN M. WOODRUM, TRUSTEES OF THE WOODRUM FAMILY TRUST DATED 9/19/1999, a Nevada Trust,<br><br>Defendants. | Case No.:  2:11-cv-01283-GMN-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR IRWIN UNION BANK & TRUST COMPANY, by and through its counsel of record, VICTORIA L. HIGHTOWER, ESQ., Defendants RED HOT CORNER, LLC, RICHARD M. TAVANO, JOSEPH A. KENNEDY, and JOSEPH A. KENNEDY, TRUSTEE OF THE KENNEDY FAMILY TRUST, by and through their counsel of record, JEFFREY A. BENDAVID, ESQ., and Defendants ELLEN M. WOODRUM, JOHN G. WOODRUM, and JOHN G. WOODRUM and ELLEN M.

- 1 -

D865

WOODRUM, TRUSTEES OF THE WOODRUM FAMILY TRUST DATED 9/19/1999 by and through their counsel of record, THOMAS GRACE, ESQ. that the Settlement Conference currently scheduled for October 24, 2012 shall be continued for approximately thirty (30) to forty-five (45) days to a date and time convenient to the Magistrate Judge, Robert A. McQuaid, Jr. The Magistrate Judge shall issue an order setting the new date for the Settlement Conference.

Dated this 10th day of October, 2012.

THE COOPER CASTLE LAW FIRM, LLP

/s/ Victoria L. Hightower
Victoria L. Hightower, Esq.
Nevada State Bar No. 10897
5275 South Durango Drive
Las Vegas, Nevada 89113
*Attorney for Plaintiff*

Dated this 10th day of October, 2012.

MORAN LAW FIRM, LLC

/s/ Jeffrey Bendavid (with permission)
Jeffrey A. Bendavid, Esq.
Nevada State Bar No. 6220
630 S. Fourth Street
Las Vegas, NV 89101
*Attorney for Defendants,
Red Hot Corner, LLC, Richard M. Tavano,
Joseph A. Kennedy, and Joseph Kennedy,
as the Trustee of the Kennedy Family Trust*

Dated this 10th day of October, 2012.

STEVEN SERLE, P.A.

/s/ Christopher F. Geiger, Jr. (with permission)
Christopher F. Geiger, Jr., Esq.
5564 S. Ft. Apache Rd., Ste. 120
Las Vegas, Nevada 89148
*Attorney for Defendants
Ellen M. Woodrum, John G. Woodrum and
John G. Woodrum and Ellen M. Woodrum as
Trustees of the Woodrum Family Trust Dated
9/19/1999*

IT IS SO ORDERED this 12th day of October, 2012.

_____
Robert A. McQuaid, Jr.
United States Magistrate Judge

-2-

D865