# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FEDERAL DEPOSIT INSURANCE )
CORPORATION, )
)
                           Plaintiff, )    Case No. 2:11-cv-01283-JAD-PAL
)
vs. )    **ORDER**
)
RED HOT CORNER, LLC, et al., )
)
                        Defendants. )
)

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The last Discovery Plan and Scheduling Order (#94) filed May 17, 2013, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than October 4, 2013. Plaintiff filed a Motion to Dismiss Counterclaims (Dkt. #95) which the District Judge granted in an Order (Dkt. #128) entered December 3, 2013. The parties were required to file a joint pretrial order within 30 days after a decision of the motion to dismiss. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., January 22, 2014.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. *See* Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 8th day of January, 2014.

                                                                    _____
                                                                    Peggy A. Leen
                                                                    United States Magistrate Judge