MORRIS LAW GROUP
Robert McCoy, No. 9121
Email: rrm@morrislawgroup.com
Raleigh C. Thompson, No. 11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

Attorneys for Plaintiff Federal Deposit
Insurance Corporation, as Receiver for
Irwin Union Bank and Trust Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR IRWIN UNION BANK AND TRUST COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>RED HOT CORNER, LLC, a Nevada Limited Liability Company; RICHARD M. TAVANO, an individual; JOSEPH A. KENNEDY, an individual; ELLEN M. WOODRUM, an individual, JOHN G. WOODRUM, an individual, JOSEPH A. KENNEDY, TRUSTEE OF THE KENNEDY FAMILY TRUST, a Nevada Trust, and JOHN G. WOODRUM and ELLEN M. WOODRUM, TRUSTEES OF THE WOODRUM FAMILY TRUST DATED 9/19/1999, a Nevada Trust,<br><br>    Defendants. | Case No. 2:11-cv-01283-JAD-PAL<br><br><br><br><br>**JOINT STATUS REPORT** |

Plaintiff the Federal Deposit Insurance Corporation, as Receiver for Irwin Union Bank and Trust Company (the "FDIC-R") and defendants and counterclaimants Red Hot Corner, LLC, Joseph A. Kennedy, individually and as Trustee of the Kennedy Family Trust, and Richard Tavano (collectively, "Counterclaimants") submit this joint status report pursuant to the Court's March 27, 2014 minute order (#134).

### A.  Joint Report on Settlement

As discussed at the March 25, 2014 scheduling conference, the parties have settled their claims and counterclaims in this case, subject to final administrative approval from the relevant FDIC-R authority. Due to the nature of this case, the FDIC-R's approval process requires several levels of internal review. The case has now advanced to the final level of that review process, and the FDIC-R's attorneys have been advised to expect a final committee decision this week. Once the FDIC-R's attorneys receive that decision, the parties will immediately proceed with finalizing their agreement and executing the necessary papers to dismiss their claims. They respectfully request an additional 20 days to complete that process.

### B.  The FDIC-R's Report Concerning the Woodrum Defendants

At the March 25, 2014 scheduling conference, the Court asked the FDIC-R to submit this report concerning how it intends to proceed against John Woodrum and Ellen Woodrum, individually and as trustees of the Woodrum Family Trust dated 9/19/1999 (collectively, the "Woodrum Defendants"), who filed for bankruptcy on December 31, 2013. *See* Notice of Ch. 13 Bankr. Case (filed Dec. 31, 2013), Case No. 13-20691-led; *see also* John Woodrum Suggestion of Death (#130) (filed Jan. 17, 2014).

Although the FDIC-R had intended to pursue its claim against the Woodrum Defendants in the bankruptcy proceeding, the bankruptcy

trustee's counsel informed the FDIC-R's counsel this week that the debtors intend to dismiss their bankruptcy case.  The FDIC-R has not yet received confirmation of that fact from the debtors' counsel or any other source.  If the debtors dismiss their bankruptcy case as indicated, the FDIC-R will resume litigating its claims against the Woodrum Defendants in this forum.  The FDIC-R respectfully requests an additional 20 days to confirm dismissal of the bankruptcy case, and its intent to resume prosecution of its claims against the Woodrum Defendants in this case.

MORRIS LAW GROUP

By: /s/ Raleigh Thompson
  Robert McCoy, No. 9121
  Raleigh Thompson, No. 11296
  900 Bank of America Plaza
  300 South Fourth Street
  Las Vegas, Nevada  89101

Attorneys for Plaintiff Federal Deposit Insurance Corporation, as Receiver for Irwin Union Bank and Trust Company

MORAN LAW FIRM, LLC

By: /s/ Jeffrey A. Bendavid
  Jeffrey A. Bendavid, No. 6220
  630 S. Fourth St., Suite 400
  Las Vegas, Nevada  89101

Attorneys for Defendants Red Hot Corner, LLC; Richard M. Tavano; Joseph A. Kennedy; Joseph Kennedy, as the Trustee of the Kennedy Family Trust

EGLET WALL CHRISTIANSEN

By: /s/ Peter S. Christiansen
  Peter S. Christiansen, No. 1656
  400 South 4th Street, Suite 600
  Las Vegas, Nevada  89101

Attorneys for Defendant Richard M. Tavano

IT IS ORDERED that the FDIC-R shall have until May 20, 2014, to confirm dismissal of the bankruptcy case and its intent to proceed against the Woodrum Defendants.

IT IS FURTHER ORDERED that a status hearing is scheduled for **June 10, 2014, at 8:45 a.m., in Courtroom 3B.**

Dated this 7th day of May, 2014.

Peggy A. Leen
United States Magistrate Judge

3