UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RED HOT CORNER, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:11-cv-01283-JAD-PAL<br><br>ORDER |

　　　Before the court is Plaintiff Federal Deposit Insurance Corporation as Receiver for Irwin Union Bank and Trust Company's Status Report Regarding Woodrum Bankruptcy (Dkt. #137). Plaintiff advises that the bankruptcy court entered an order on May 20, 2014, dismissing the Woodrum Defendants' bankruptcy case. As such, this case is no longer stayed as to the Woodrum Defendants and the FDIC-R is ready to proceed to trial against the Woodrum Defendants. Accordingly,

　　　**IT IS ORDERED** that counsel for the Woodrum Defendants shall be present for the Status Conference scheduled for **June 10, 2014, at 8:45 a.m.**, in Courtroom 3B.

　　　DATED this 28th day of May, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE